JI/MJM: USAO#2017R00771

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. DKC-19-0197 |
| v. | * | |
| | * | (Theft of mail matter by officer or |
| LYNNITA LOVELY, | * | employee, 18 U.S.C. § 1709) |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNTS ONE AND TWO
(Theft of mail matter by officer or employee)

The Grand Jury for the District of Maryland charges that:

On or about the dates identified below, in the District of Maryland, the defendant,

**LYNNITA LOVELY,**

being a Postal Service officer or employee, did embezzle any letter, postal card, package, bag, and mail, and any article and thing contained therein entrusted to her and which came into her possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and of the Postal Service, and did steal, abstract, and remove from any such letter, package, bag, and mail, any article or thing contained therein.

| Count | Date |
|-------|------|
| One   | September 28, 2017 |
| Two   | October 5, 2017 |

18 U.S.C. § 1709

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson            Date April 17 2019

2